UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-04564-GHW**

| | |
|---|---|
| **Samuel Lopez**,<br>    Plaintiff,<br>vs.<br><br>**1220 Lexington Belle Pointe LLC,** and<br>**1220 Lexington Allen LLC**, and<br>**Picky Barista Lex LLC,**<br>    Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: September 8, 2025

By: /s Maria Costanza Barducci
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: /s A. Maguire
Amanda Elizabeth Maguire, Esq.
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
(212)-385-0066
Email: amaguire@dsblawny.com
*Attorney for 1220 Lexington Belle Pointe LLC and 1220 Lexington Allen LLC*

By: /s M Stumer
Mark B. Stumer , Sr. Esq.
Mark B. Stumer & Associates, P.C.
150 East 58th Street, 29th Floor
New York, New York 10155
212-633-2225
mstumer@newyorklawfirm.org
*Attorney for Picky Barista Lex LLC*

cc: Via CM/ECF